78,218-01

CHRISONDATH BADALL

320 S. CHESTNUT ST.

LUFKIN, TEXAS, 75901

(02-19-15)

TEXAS COURT OF CRIMINAL APPEALS

P.O. BOX 12308 (Capitol Station)

AUSTIN, TEXAS, 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

RE: **TRIAL COURT CAUSE NO.: CR-24834-A:**

Dear Hon. Clerk; (Greetings)

On September 13, 2013, the 75th Judicial District Court of Liberty County, Texas, entered its Findings of Fact and Conclusions of Law pursuant to a hearing held on June 11, 2013, in regards to my allegation of ineffective assistance of trial, and/or appellate counsel, which was filed by an application for Writ of Habeas Corpus on April 18, 2012.

It is my understanding and belief that the trial Clerk of the 75th Judicial District Court forwarded these proceedings to the Texas Court of Criminal Appeal as required by C.C.P. art. 11.07, §3 (d).

However, as of the date of this letter, I have not been informed of any decisions made regarding my application for Writ of Habeas Corpus, or if this Writ is still pending, etc.

Please provide me, if possible, with a status report regarding my filed Application for Writ of Habeas Corpus.

Sincerely Thankful;

Chrisondath Badall